■ In the Matter of the Estate of BERNARD HOPPENFELD, Deceased. EILEEN HOPPENFELD et al., Appellants; JOAN HOPPENFELD, Individually and as Administratrix of the Estate of ELIAS C. HOPPENFELD, Deceased, Respondent. [638 NYS2d 306]

—Order and decree, Surrogate's Court, New York County (Renee Roth, S.), entered on or about September 29, 1994 and November 1, 1994, respectively, unanimously affirmed, for the reasons stated by Roth, S., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Rubin, Nardelli and Williams, JJ.